```
 1  CHARLES J. MCKEE  #152458
    County Counsel
 2  PATRICK McGREAL  #118555
    Deputy County Counsel
 3  Office of the County Counsel                    *E-filed 7/25/05*
    County of Monterey
 4  168 W. Alisal Street, 3rd Floor
    Salinas, California  93901-2680
 5

 6  Telephone:   (831) 755-5045
    Facsimile:   (831) 755-5283
 7
    Attorneys for Defendants,
 8  COUNTY OF MONTEREY

 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THERESA M.. JONES, | Case No.  C 04-05485 HRL |
| Plaintiff, | **STIPULATED REQUEST FOR RELIEF FROM ADR L.R. 5-5 AND EXTENDING TIME FOR COMPLETION OF ENE TO AUGUST 31, 2005** |
| v. | |
| COUNTY OF MONTEREY | and Order |
| Defendant. | |
| _____/ | |

Defendant, COUNTY OF MONTEREY with Plaintiff, THERESA M. JONES, request relief from ADR L.R. 5-5 and request that the time to complete ADR be extended to no later than August 31, 2005.

This request for extension is made on the following grounds:

On May 24, 2005, plaintiff, in preparation for the ENE served on defendant Plaintiff's First Request For Documents requesting that documents be produced on June 28, 2005.

With the consent of plaintiff's counsel, documents were delivered by courier on July 6, 2005.

On July 7, 2005 plaintiff noticed the deposition of Linda Jackson, a human resources employee of defendant County of Monterey, to be taken, with consent of defendant's counsel, on July 14, 2005.

1  At the deposition of Ms. Jackson it became apparent that defendant had not located two files
2  responsive to plaintiff's request for production. The deposition of Ms. Jackson was continued pending
3  production of the missing files. The missing files were located and delivered to plaintiff on July 19, 2005.

4  Plaintiff's counsel believes that review of the two missing files and completing the deposition of Ms.
5  Jackson are critical to presentation of plaintiff's case at the ENE.

6  Defendant's counsel agreed to seek a continuance of the ENE. Defendant's counsel was out of state
7  on business from July 15 through July 17, 2005. Upon return, defendant's counsel oversaw, reviewed,
8  correlated, and arranged for copying additional documents being provided to plaintiff.

9  On July 19, 2005, defendant's counsel determined that the time within which to bring a motion to
10 extend the ENE beyond August 4, 2005 terminated on July 18, 2005 .

11 The parties jointly request relief from the time limitations of ADR L.R. 5-5 and further request that
12 the court order that the time to complete ENE be extended to no later than August 31, 2005.

13 DATED: July 19, 2005                         CHARLES J. McKEE
                                                County Counsel
14
15                                         By:      /s/
                                                PATRICK McGREAL
16                                              Deputy County Counsel
                                                Attorneys for Defendant
17                                              COUNTY OF MONTEREY

18 DATED: July 22, 2005
19
                                                    /s/
20                                              MICHAEL HURLEY
                                                Attorneys for Plaintiff
21                                              THERESA M.. JONES

22 IT IS SO ORDERED.  ENE to be completed by August 31, 2005.

23

24   /s/ Howard R. Lloyd                        Dated: 7/25/05
   HOWARD R. LLOYD
25 United States Magistrate Judge

26

*Jones v. County of Monterey, et al.*                                      Case No.  C 04-05485 HRL
**STIPULATED REQUEST FOR RELIEF FROM ADR L.R. 5-5 AND EXTENDING TIME FOR COMPLETION OF ENE TO AUGUST 31, 2005**                                                                    2

*F:\WPWIN60\TXT\LIT\620\JONES\stip extend time.wpd*

*Jones v. County of Monterey, et al.*   Case No.   C 04-05485 HRL
**STIPULATED REQUEST FOR RELIEF FROM ADR L.R. 5-5 AND EXTENDING TIME FOR COMPLETION OF ENE TO AUGUST 31, 2005**

3