*E-Filed 9/6/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA M. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MONTEREY<br><br>    Defendant.<br>_____/ | Case No. C04-05485 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court is informed that this case has been settled.  Accordingly, all trial and pretrial dates are vacated.

**On or before September 30, 2005**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **October 11, 2005 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Plaintiff shall file a statement in response to this Order to Show Cause **no later than October 4, 2005**.  The statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

//

//

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this order. Plaintiff shall serve a copy of this order on defendants.

**IT IS SO ORDERED.**

Dated: 9/6/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2   Michael Hurley          hurlesq@hotmail.com

3   Patrick McGreal         mcgrealp@co.monterey.ca.us, edwards-jamesg@co.monterey.ca.us

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 9/6/05

/s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd